| Check#:102392 | Emp. #98 | REBECCA A. LIBERTY | | SSN: 193-62-XXXX | | Status: S8 | | P.E. Date: 09/30/19 | Ck. Date: 09/30/19 |
|---|---|---|---|---|---|---|---|---|---|
| Rate1-8/400.00 (0003-DIRECT) | | TAXES | | | | DEDUCTIONS | | | |
| HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD | |
| REG  1.00 | 3400.00 | 60517.54 | FED IT | 227.02 | 3925.27 | Pre Tax Medic | 75.36 | 1426.40 | |
| | | | FICA/MED | 254.34 | 4520.48 | | | | |
| | | | PA IT | 102.07 | 1814.12 | | | | |
| | | | SUCI/SDI | 2.04 | 36.31 | | | | |
| | | | WARRNONR IT | 33.25 | 590.93 | | | | |
| | | | WARRLST | 2.17 | 39.06 | | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 3400.00 | 60517.54 |
| Taxes | 620.89 | 10926.17 |
| Deductions | 75.36 | 1426.40 |
| Net Pay | 2703.75 | 48164.97 |

Processed by Payroll Service Solutions, L.L.C. for CORE FINANCIAL OUTSOURINC, INC.

| Check# 102362 | Emp. #98 | REBECCA A. LIBERTY | | SSN: 193-62-XXXX | | Status: S8 | | P.E. Date: 09/15/19 | Ck Date: 09/13/19 |
|---|---|---|---|---|---|---|---|---|---|
| Rate1:$1600.00 (0003-DIRECT) | | TAXES | | | | DEDUCTIONS | | | |
| HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD | |
| REG 1.00 | 3400.00 | 57117.54 | FED IT | 227.02 | 3698.25 | Pre Tax Medic | 75.36 | 1351.04 | |
| | | | FICA/MED | 254.34 | 4286.14 | | | | |
| | | | PA IT | 102.07 | 1712.05 | | | | |
| | | | SUCI/SDI | 2.04 | 34.27 | | | | |
| | | | WARRNONR IT | 33.25 | 557.68 | | | | |
| | | | WARRLST | 2.17 | 36.89 | | | | |

|  | This Check | YTD |
|---|---|---|
| Earnings | 3400.00 | 57117.54 |
| Taxes | 620.89 | 10305.28 |
| Deductions | 75.36 | 1351.04 |
| Net Pay | 2703.75 | 45461.22 |

Processed by Payroll Service Solutions, L.L.C. for CORE FINANCIAL OUTSOURINC, INC.

Check# 102533    Emp. #98    REBECCA A LIBERTY    SSN: 193-62-XXXX    Status: S8    P.E. Date: 08/30/19    Ck Date: 08/30/19

Rate1:$1600.00 [0003-DIRECT]

| | HOURS | CHK AMT | YTD | TAXES | CHK AMT | YTD | DEDUCTIONS | CHK AMT | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG | 1.00 | 3184.23 | 53717.54 | FED IT | 183.98 | 3471.23 | Pre Tax Medic | 75.36 | 1275.68 |
| | | | | FICA/MED | 237.83 | 4011.80 | | | |
| | | | | PA IT | 95.44 | 1609.98 | | | |
| | | | | SUCI/SDI | 1.91 | 32.23 | | | |
| | | | | WARRNONR IT | 31.09 | 524.43 | | | |
| | | | | WARRLST | 2.17 | 34.72 | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 3184.23 | 53717.54 |
| Taxes | 552.42 | 9684.39 |
| Deductions | 75.36 | 1275.68 |
| Net Pay | 2556.45 | 42757.47 |

Processed by Payroll Service Solutions, L.L.C. for CORE FINANCIAL OUTSOURINC, INC.

| Check# 102303 | Emp #98 | REBECCA A LIBERTY | SSN: 193-62-XXXX | Status: S0 | P.E. Date: 08/15/19 | Ck. Date: 08/15/19 |

Rate: 81800.00 10003-DIRECT1

| | HOURS | CHK AMT | YTD | TAXES | CHK AMT | YTD | DEDUCTIONS | CHK AMT | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG | 1.00 | 3400.00 | 50533.31 | FED IT | 227.02 | 3287.25 | Pre Tax Medic | 75.36 | 1200.32 |
| | | | | FICA/MED | 254.34 | 3773.97 | | | |
| | | | | PA IT | 102.07 | 1514.54 | | | |
| | | | | SUCI/SDI | 2.04 | 30.32 | | | |
| | | | | WARRNONR IT | 33.25 | 493.34 | | | |
| | | | | WARRLST | 2.17 | 32.55 | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 3400.00 | 50533.31 |
| Taxes | 620.89 | 9131.97 |
| Deductions | 75.36 | 1200.32 |
| Net Pay | 2703.75 | 40201.02 |

Processed by Payroll Service Solutions, L.L.C. for CORE FINANCIAL OUTSOURINC, INC.

| Check #:102272 | Emp. #98 | REBECCA A LIBERTY | SSN: 193-62-XXXX | Status: S8 | P.E. Date: 07/30/19 | Ck. Date: 07/31/19 |
|---|---|---|---|---|---|---|

| Rate1:$1800.00 [000X-DIRECT] | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| | HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD |
| REG | 1.00 | 3400.00 | 47133.31 | FED IT | 227.02 | 3060.23 | Pre Tax Medic | 75.36 | 1124.96 |
| | | | | FICA/MED | 254.34 | 3519.63 | | | |
| | | | | PA IT | 102.07 | 1412.47 | | | |
| | | | | SUCI/SDI | 2.04 | 28.28 | | | |
| | | | | WARRNONR IT | 33.25 | 460.09 | | | |
| | | | | WARRLST | 2.17 | 30.38 | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 3400.00 | 47133.31 |
| Taxes | 620.89 | 8511.08 |
| Deductions | 75.36 | 1124.96 |
| Net Pay | 2703.75 | 37497.27 |

Processed by Payroll Service Solutions, L.L.C. for CORE FINANCIAL OUTSOURINC, INC.

| Check# 102242 | Emp. # 98 | REBECCA A LIBERTY | | SSN: 193-62-XXXX | | Status: S8 | P.E. Date: 07/15/19 | Ck Date: 07/15/19 |
|---|---|---|---|---|---|---|---|---|
| Rate 1:81600.00 [0003-DIRECT] | | TAXES | | | | DEDUCTIONS | | |
| | HOURS | CHK AMT | YTD | | CHK AMT | YTD | CHK AMT | YTD |
| REG | 1.00 | 3400.00 | 43733.31 | FED IT | 227.02 | 2833.21 | Pre Tax Medic 75.36 | 1049.60 |
| | | | | FICA/MED | 254.34 | 3265.29 | | |
| | | | | PA IT | 102.07 | 1310.40 | | |
| | | | | SUCI/SDI | 2.04 | 26.24 | | |
| | | | | WARRNONR IT | 33.25 | 426.84 | | |
| | | | | WARRLST | 2.17 | 28.21 | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 3400.00 | 43733.31 |
| Taxes | 620.89 | 7890.19 |
| Deductions | 75.36 | 1049.60 |
| Net Pay | 2703.75 | 34793.52 |

Processed by Payroll Service Solutions, L.L.C. for CORE FINANCIAL OUTSOURINC, INC.

Case 19-16253-amc    Doc 16    Filed 10/28/19    Entered 10/28/19 11:07:56    Desc Main
Document    Page 6 of 14

| Check# 102212 | Emp. # 98 | REBECCA A. LIBERTY | | SSN: 193-62-XXXX | | Status: S8 | | P.E. Date: 06/30/19 | Ck Date: 07/01/19 |
|---|---|---|---|---|---|---|---|---|---|
| Rate 1:81800.00 [0003-DIRECT] | | TAXES | | | | DEDUCTIONS | | | |
| | HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD |
| REG | 1.00 | 3400.00 | 40333.31 | FED IT | 227.02 | 2606.19 | Pre Tax Medic | 75.36 | 974.24 |
| | | | | FICA/MED | 254.34 | 3010.95 | | | |
| | | | | PA IT | 102.07 | 1208.33 | | | |
| | | | | SUCI/SDI | 2.04 | 24.20 | | | |
| | | | | WARRNONR IT | 33.25 | 393.59 | | | |
| | | | | WARRLST | 2.17 | 26.04 | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 3400.00 | 40333.31 |
| Taxes | 620.89 | 7269.30 |
| Deductions | 75.36 | 974.24 |
| Net Pay | 2703.75 | 32089.77 |

Processed by Payroll Service Solutions, L.L.C. for CORE FINANCIAL OUTSOURINC, INC.

| Check # 102182 | Emp # 98 | | REBECCA A LIBERTY | | SSN: 193-82-XXXX | | Status: S8 | | P.E. Date: 06/15/19 | Ck Date: 06/14/19 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rate 81600.00 [0003-DIRECT] | | | TAXES | | | | DEDUCTIONS | | | |
| | HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD | |
| REG | 1.00 | 3400.00 | 36933.31 | FED IT | 227.02 | 2379.17 | Pre Tax Medic | 75.36 | 898.88 | |
| | | | | FICA/MED | 254.34 | 2756.61 | | | | |
| | | | | PA IT | 102.07 | 1106.26 | | | | |
| | | | | SUCI/SDI | 2.04 | 22.16 | | | | |
| | | | | WARRNONR IT | 33.25 | 360.34 | | | | |
| | | | | WARRLST | 2.17 | 23.87 | | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 3400.00 | 36933.31 |
| Taxes | 620.89 | 6648.41 |
| Deductions | 75.36 | 898.88 |
| Net Pay | 2703.75 | 29386.02 |

Processed by Payroll Service Solutions, L.L.C. for CORE FINANCIAL OUTSOURINC, INC.

| Check# 102152 | Emp. #98 | REBECCA A LIBERTY | SSN: 193-62-XXXX | Status: S8 | P.E. Date: 05/30/19 | Ck Date: 05/31/19 |
|---|---|---|---|---|---|---|

Rate 1:81600.00 [0003-DIRECT]

| | HOURS | CHK AMT | YTD | TAXES | CHK AMT | YTD | DEDUCTIONS | CHK AMT | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG | 1.00 | 3400.00 | 33533.31 | FED IT | 227.02 | 2152.15 | Pre Tax Medic | 75.36 | 823.52 |
| | | | | FICA/MED | 254.34 | 2502.27 | | | |
| | | | | PA IT | 102.07 | 1004.19 | | | |
| | | | | SUCI/SDI | 2.04 | 20.12 | | | |
| | | | | WARRNONR IT | 33.25 | 327.09 | | | |
| | | | | WARRLST | 2.17 | 21.70 | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 3400.00 | 33533.31 |
| Taxes | 620.89 | 6027.52 |
| Deductions | 75.36 | 823.52 |
| Net Pay | 2703.75 | 26682.27 |

Processed by Payroll Service Solutions, L.L.C. for CORE FINANCIAL OUTSOURINC, INC.

| Check# 102124 | Emp. #99 | REBECCA A LIBERTY | | SSN: 193-62-XXXX | Status: S8 | | P.E. Date: 05/15/19 | Ck Date: 05/15/19 |
|---|---|---|---|---|---|---|---|---|
| Rate1:$1600.00 [0003-DIRECT] | | TAXES | | | | DEDUCTIONS | | |
| HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD |
| REG 1.00 | 3400.00 | 30133.31 | FED IT | 227.02 | 1925.13 | Pre Tax Medic | 75.36 | 748.16 |
| | | | FICA/MED | 254.34 | 2247.93 | | | |
| | | | PA IT | 102.07 | 902.12 | | | |
| | | | SUCI/SDI | 2.04 | 18.08 | | | |
| | | | WARRNONR IT | 33.25 | 293.84 | | | |
| | | | WARRLST | 2.17 | 19.53 | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 3400.00 | 30133.31 |
| Taxes | 620.89 | 5406.63 |
| Deductions | 75.36 | 748.16 |
| Net Pay | 2703.75 | 23978.52 |

Processed by Payroll Service Solutions, L.L.C. for CORE FINANCIAL OUTSOURINC, INC.

Check # 102095    Emp #98    REBECCA A. LIBERTY    SSN: 193-62-XXXX    Status: S8    P.E. Date: 04/30/19    CK Date: 04/30/19

Rate1:81600.00 (0003-DIRECT)

| | HOURS | CHK AMT | YTD | TAXES | CHK AMT | YTD | DEDUCTIONS | CHK AMT | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG | 1.00 | 3400.00 | 26733.31 | FED IT | 225.10 | 1698.11 | Pre Tax Medic | 84.10 | 672.80 |
| | | | | FICA/MED | 253.67 | 1993.59 | | | |
| | | | | PA IT | 101.80 | 800.05 | | | |
| | | | | SUCI/SDI | 2.04 | 16.04 | | | |
| | | | | WARRNONR IT | 33.16 | 260.59 | | | |
| | | | | WARRLST | 2.17 | 17.36 | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 3400.00 | 26733.31 |
| Taxes | 617.94 | 4785.74 |
| Deductions | 84.10 | 672.80 |
| Net Pay | 2697.96 | 21274.77 |

Processed by Payroll Service Solutions, L.L.C. for CORE FINANCIAL OUTSOURINC, INC.

| Check# 102066 | Emp. # 98 | REBECCA A LIBERTY | SSN: 193-62-XXXX | Status: S8 | P.E. Date: 04/15/19 | Ck Date: 04/15/19 |
|---|---|---|---|---|---|---|
| Rate1:80000.00 [0003-DIRECT] | | TAXES | | DEDUCTIONS | | |

| | HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG | 1.00 | 3333.33 | 23333.31 | FED IT | 210.43 | 1473.01 | Pre Tax Medic | 84.10 | 588.70 |
| | | | | FICA/MED | 248.56 | 1739.92 | | | |
| | | | | PA IT | 99.75 | 698.25 | | | |
| | | | | SUCI/SDI | 2.00 | 14.00 | | | |
| | | | | WARRNONR IT | 32.49 | 227.43 | | | |
| | | | | WARRLST | 2.17 | 15.19 | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 3333.33 | 23333.31 |
| Taxes | 595.40 | 4167.80 |
| Deductions | 84.10 | 588.70 |
| Net Pay | 2653.83 | 18576.81 |

Processed by Payroll Service Solutions, L.L.C. for CORE FINANCIAL OUTSOURINC, INC.

| Check# 102037 | Emp. #98 | REBECCA A. LIBERTY | | SSN: 193-62-XXXX | | Status: S8 | | P.E. Date: 03/30/19 | Ck. Date: 03/29/19 |
|---|---|---|---|---|---|---|---|---|---|
| Rate1:80000.00 [0003-DIRECT] | | | TAXES | | | DEDUCTIONS | | | |
| | HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD |
| REG | 1.00 | 3333.33 | 19999.98 | FED IT | 210.43 | 1262.58 | Pre Tax Medic | 84.10 | 504.60 |
| | | | | FICA/MED | 248.56 | 1491.36 | | | |
| | | | | PA IT | 99.75 | 598.50 | | | |
| | | | | SUCI/SDI | 2.00 | 12.00 | | | |
| | | | | WARRNONR IT | 32.49 | 194.94 | | | |
| | | | | WARRLST | 2.17 | 13.02 | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 3333.33 | 19999.98 |
| Taxes | 595.40 | 3572.40 |
| Deductions | 84.10 | 504.60 |
| Net Pay | 2653.83 | 15922.98 |

Processed by Payroll Service Solutions, L.L.C. for CORE FINANCIAL OUTSOURINC, INC.

| Check# 102009 | Emp #98 | REBECCA A LIBERTY | | SSN: 193-62-XXXX | Status: S8 | | P.E. Date: 03/15/19 | Ck. Date: 03/15/19 |
|---|---|---|---|---|---|---|---|---|
| Rate1:80000.00 [0003-DIRECT] | | TAXES | | | DEDUCTIONS | | | |
| HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD |
| REG 1.00 | 3333.33 | 16666.65 | FED IT | 210.43 | 1052.15 | Pre Tax Medic | 84.10 | 420.50 |
| | | | FICA/MED | 248.56 | 1242.80 | | | |
| | | | PA IT | 99.75 | 498.75 | | | |
| | | | SUCI/SDI | 2.00 | 10.00 | | | |
| | | | WARRNONR IT | 32.49 | 162.45 | | | |
| | | | WARRLST | 2.17 | 10.85 | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 3333.33 | 16666.65 |
| Taxes | 595.40 | 2977.00 |
| Deductions | 84.10 | 420.50 |
| Net Pay | 2653.83 | 13269.15 |

Processed by Payroll Service Solutions, L.L.C. for CORE FINANCIAL OUTSOURINC, INC.