IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Rebecca Liberty<br>**Debtor(s)**<br><br>Summit Trace Apartments, LP<br>**Moving Party**<br><br>v.<br><br>Rebecca Liberty<br>**Respondent(s)**<br><br>William C. Miller<br>**Trustee** | CHAPTER 13<br><br>Case No.: 19-16253 (AMC) |

**STIPULATION OF SETTLEMENT OF MOTION OF SUMMIT TRACE APARTMENTS, LP FOR RELIEF FROM THE AUTOMATIC STAY AND VACATING THE ORDER FOR RELIEF**

This matter having been brought before the Court on a Motion For Relief From The Automatic Stay by Paul Jay Cohen, attorney for Summit Trace Apartments, LP ("Summit"), and the Debtor not having opposed such motion through her counsel, Brad J. Sadek, Esquire and the parties having resolved said motion as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate;

1. That on or about March 13, 2020 Summit filed a Motion for Relief from the Automatic Stay.

2. That on or about May 15, 2020 this Honorable Court entered an Order granting relief from the automatic stay in favor of Summit.

3. Despite the May 15, 2020 Order for Relief the Debtor cured her post – petition rent arrears and related expenses due and owing to Summit.

4. That in consideration of the reinstatement of the post-petition rent delinquency the Order granting Relief dated May 15, 2020 shall be marked as Vacated.

5. That the parties agree that a facsimile signature shall be considered an original signature.

We hereby agree to the form and entry of this Order:

_____    Dated: 6/8/20
Brad J. Sadek, Esquire
Attorney for the Debtor


_____    Dated: 6/4/20
Paul Jay Cohen, Esq.
Attorney for Summit Trace Apartments, LP


/s/ Jack Miller    Dated: 6/9/20
Chapter 13 Trustee


By The Court: _____    **Date: June 10, 2020**